UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. AARON J. WADDELL                               Docket Number: 08-cr-00213-REB-01

**Petition on Supervised Release**

      COMES NOW, Pete Stein, probation officer of the court, presenting an official report upon the conduct and attitude of Aaron J. Waddell who was placed on supervision by the Honorable Fernando J. Gaitan, Jr., sitting in the court at Kansas City, Missouri, on the 23rd day of July, 2003, who fixed the period of supervision at three (3) years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall personally report to the Probation Office within 72 hours of release from confinement.
2. The defendant shall participate in any substance abuse counseling program, which may include urinalysis, sweat patch, or Breathalyzer testing, as approved by the Probation Office and pay any associated costs as directed by the Probation Office.
3. The defendant shall submit his person, residence, office or vehicle to a search conducted by a U.S. Probation Officer, at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.
4. The defendant shall satisfy any pending warrants/charges within the first 30 days of supervised release.

**On May 12, 2008, jurisdiction transferred from the Western District of Missouri to the District of Colorado and was assigned to District Judge Robert E. Blackburn under Docket No. 08-cr-00213-REB-01.**

**On June 26, 2008, the following special condition was added:**

5. The defendant shall reside in a residential re-entry center for a period of up to four (4) months to commence as directed by the probation officer, and shall observe the rules of that facility.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

See attachment herein and hereto incorporated by reference.

PRAYING THAT THE COURT WILL ORDER that the petition dated December 17, 2008, be withdrawn and that defendant's term of supervised release be allowed to expire as scheduled.

      ORDER OF THE COURT

| | |
|---|---|
| Considered and ordered this 26th day of January, 2009, and ordered filed and made a part of the record in the above case. | I declare under penalty of perjury that the foregoing is true and correct. |
| | s/Pete Stein |
| | Pete Stein |
| **s/ Robert E. Blackburn** | U.S. Probation Officer |
| Robert E. Blackburn | Place: Denver, Colorado |
| U.S. District Judge | |
| | Date: January 22, 2009 |

## **ATTACHMENT**

Reference is made to my petition to the court dated December 17, 2008, in which I requested the issuance of a Summons for the defendant to appear at a supervised release violation hearing. The impetus of the request was the defendant's failure to participate in substance abuse testing and treatment. The court approved the petition on December 19, 2008.

On January 13, 2009, defendant was directed to report to the probation office in Denver to meet with my supervisor and me. During this meeting, the defendant was advised that further transgressions may result in a warrant for violation of supervised release. He was also reminded that the options available to him included reimposing supervised release following a term of imprisonment.

Since December 19, 2008, defendant has complied with the testing and treatment requirements. Supervision is scheduled to expire February 8, 2009. We recommend that the petition of December 19, 2008, be withdrawn, and that the defendant's supervised release be allowed to expire as scheduled.